IN RE **ALBERTORIO OLIVERAS, MARLON & CRUZ GARCIA, MARIE D**                    Case No. **11-07047-7**

                        Debtor(s)                                                                                                              (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4549-2101-6406-9374**<br>**BANCO POPULAR DE PR**<br>**BANRUPTCY DEPARTMENT**<br>**P O BOX 366818**<br>**SAN JUAN, PR  00936** | | J | **CREDIT CARD** | | | | **44,390.00** |
| ACCOUNT NO.<br>**LCDO JOSE L CORREA**<br>**BOX 246**<br>**TRUJILLO ALTO, PR  00977** | | | **Assignee or other notification for:**<br>**BANCO POPULAR DE PR** | | | | |
| ACCOUNT NO. **70641**<br>**BANCO POPULAR DE PR**<br>**BANRUPTCY DEPARTMENT**<br>**P O BOX 366818**<br>**SAN JUAN, PR  00936** | | J | **credit line** | | | | **11,000.00** |
| ACCOUNT NO. **7171**<br>**BANK OF AMERICA**<br>**P O BOX 15026**<br>**WILMINGTON, DE  19850-5026** | | J | **CREDIT CARD** | | | | **52,000.00** |

   **2** continuation sheets attached

| | Subtotal (Total of this page) | $ | **107,390.00** |
|---|---|---|---|
| | Total<br>(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | |

B6F (Official Form 6F) (12/07) - Cont.

IN RE **ALBERTORIO OLIVERAS, MARLON & CRUZ GARCIA, MARIE D**           Case No. **11-07047-7**
                    Debtor(s)                                            (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **X6412**<br>**CENTENNIAL DE PR**<br>**P O BOX 71514**<br>**SAN JUAN, PR  00936** | | J | CELLULAR SERV ICE | | | | 900.00 |
| ACCOUNT NO.<br>**AT & T**<br>**P O BOX 772349**<br>**OCALA, FL  34477-2349** | | | Assignee or other notification for: CENTENNIAL DE PR | | | | |
| ACCOUNT NO. **2196**<br>**CHASE**<br>**CARDMEMBER SERVICE**<br>**P O BOX 15299**<br>**WILMINGTON, DE  19850-5299** | | J | CREDIT CARD | | | | 16,000.00 |
| ACCOUNT NO. **685568549-8**<br>**CLARO**<br>**P O BOX 70367**<br>**SAN JUAN, PR  00936** | | J | | | | | 0.00 |
| ACCOUNT NO.<br>**PRT**<br>**P O BOX 71535**<br>**SAN JUAN, PR  00936** | | | Assignee or other notification for: CLARO | | | | |
| ACCOUNT NO. **1010018405145**<br>**CRIM**<br>**LEGAL COUNSEL OFFICE**<br>**P O BOX 195387**<br>**SAN JUAN, PR  00919** | | J | PROPERTY TAXES | | | | 596.00 |
| ACCOUNT NO. **8339**<br>**FIRST BANK PUERTO RICO**<br>**BANKRUPTCY DIVISION**<br>**P O BOX 9146**<br>**SAN JUAN, PR  00908** | | J | | | | | 6,500.00 |

Sheet no. _____ **1** of _____ **2** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 23,996.00

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **ALBERTORIO OLIVERAS, MARLON & CRUZ GARCIA, MARIE D**                                    Case No. **11-07047-7**
_____
Debtor(s)                                                                                                     (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **685568549-8** **PRT** P O BOX 71535 SAN JUAN, PR 00936 | | J | SERVICE | | | | **956.00** |
| ACCOUNT NO. **1718** **SAMS CLUB DISCOVER** P O BOX 981401 EL PASO, TX 79998-1401 | | J | CREDIT CARD | | | | **2,200.00** |
| ACCOUNT NO. **6689** **SEARS** P O BOX 6283 SIOUX FALLS, SD 57117 | | J | credit card | | | | **0.00** |
| ACCOUNT NO. **CMPR INC** P O BOX 965 BUFFALO, NY 14220 | | | Assignee or other notification for: SEARS | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. _____ **2** of _____ **2** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **3,156.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ **134,542.00**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6J (Official Form 6J) (12/07)**

IN RE **ALBERTORIO OLIVERAS, MARLON & CRUZ GARCIA, MARIE D**          Case No. **11-07047-7**

_____                _____
Debtor(s)                                                            (If known)

## AMENDED SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 1,532.00 |
|     a. Are real estate taxes included?   Yes ____  No ✓ | |
|     b. Is property insurance included?  Yes ____  No ✓ | |
| 2. Utilities: | |
|     a. Electricity and heating fuel | $ 130.00 |
|     b. Water and sewer | $ 64.41 |
|     c. Telephone | $ |
|     d. Other  **See Schedule Attached** | $ 245.00 |
| | $ |
| 3. Home maintenance (repairs and upkeep) | $ 65.00 |
| 4. Food | $ 700.00 |
| 5. Clothing | $ 100.00 |
| 6. Laundry and dry cleaning | $ |
| 7. Medical and dental expenses | $ 100.00 |
| 8. Transportation (not including car payments) | $ 300.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 100.00 |
| 10. Charitable contributions | $ 40.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|     a. Homeowner's or renter's | $ |
|     b. Life | $ |
|     c. Health | $ |
|     d. Auto | $ 20.00 |
|     e. Other | $ |
| | $ |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
|     (Specify) _____ | $ |
| | $ |
| 13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan) | |
|     a. Auto | $ |
|     b. Other | $ |
| | $ |
| 14. Alimony, maintenance, and support paid to others | $ |
| 15. Payments for support of additional dependents not living at your home | $ |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ |
| 17. Other  **See Schedule Attached** | $ 958.00 |
| | $ |
| | $ |

**18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.          $ **4,354.41**

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**NONE EXPECTED**

**20. STATEMENT OF MONTHLY NET INCOME**

| | |
|---|---:|
|     a. Average monthly income from Line 15 of Schedule I | $ 4,354.41 |
|     b. Average monthly expenses from Line 18 above | $ 4,354.41 |
|     c. Monthly net income (a. minus b.) | $ 0.00 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** ALBERTORIO OLIVERAS, MARLON & CRUZ GARCIA, MARIE D  Case No. **11-07047-7**

Debtor(s)

**AMENDED SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)**
**Continuation Sheet - Page 1 of 1**

Other Utilities (DEBTOR)

| | |
|---|---|
| **CELLULAR** | **175.00** |
| **CABLE TV** | **30.00** |
| **INTERNET** | **40.00** |

Other Expenses (DEBTOR)

| | |
|---|---|
| **SCHOOL EXPENSES** | **610.00** |
| **CAR MAINTENACE** | **80.00** |
| **BEAUTY AND BARBER** | **80.00** |
| **LUNCH AT WORK** | **154.00** |
| **EMERGENCY FUND** | **34.00** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only