ALBERTORIO OLIVERAS, MARLON
HC 02 BOX 9589
JUANA DIAZ, PR  00795

CRIM
LEGAL COUNSEL OFFICE
P O BOX 195387
SAN JUAN, PR  00919

CRUZ GARCIA, MARIE D
HC 02 BOX 9589
JUANA DIAZ, PR  00795

FIRST BANK PUERTO RICO
BANKRUPTCY DIVISION
P O BOX 9146
SAN JUAN, PR  00908

Miriam A. Murphy
Murphy Law Office
PO BOX 372519
CAYEY, PR  00737-2519

LCDO JOSE L CORREA
BOX 246
TRUJILLO ALTO, PR  00977

AT & T
P O BOX 772349
OCALA, FL  34477-2349

MARTINEZ TORRES LAW OFFICE PSC
P O BOX 192938
SAN JUAN, PR  00919

BANCO POPULAR DE PR
BANRUPTCY DEPARTMENT
P O BOX 366818
SAN JUAN, PR  00936

POPULAR AUTO INC
SUITE 215
1901 AVE JESUS T PINERO SUITE 215
SAN JUAN, PR  00920-5608

BANK OF AMERICA
P O BOX 15026
WILMINGTON, DE  19850-5026

PRT
P O BOX 71535
SAN JUAN, PR  00936

CENTENNIAL DE PR
P O BOX 71514
SAN JUAN, PR  00936

SAMS CLUB DISCOVER
P O BOX 981401
EL PASO, TX  79998-1401

CHASE
CARDMEMBER SERVICE
P O BOX 15299
WILMINGTON, DE  19850-5299

SEARS
P O BOX 6283
SIOUX FALLS, SD  57117

CLARO
P O BOX 70367
SAN JUAN, PR  00936

CMPR INC
P O BOX 965
BUFFALO, NY  14220