IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE: | * | CASE NO.:11-07047-EAG |
| **MARLON ALBERTORIO OLIVERAS** | * | |
| **MARIE D. CRUZ GARCIA** | * | |
| Debtor(s) | * | CHAPTER -13- |

## MOTION TO INFORM FILING OF AMENDED SCHEDULE "B", "C" AND "D"

**COMES NOW DEBTOR** through the undersigned attorney and most respectfully states and prays as follows:

1.- Debtors filed a voluntary petition under Chapter 13 of the Bankruptcy Code.
2.- On October 20th, 2011 debtor filed an schedule "B", "C" and "D".
   a. Amended Schedule "B" *to include vehicles* (docket 17).
   b. Amended Schedule "C" *to correct exemptions* (docket 18).
   c. Amended Schedule "D" *to include creditor* (docket 19).

WHEREFORE it is most respectfully requested from this Honorable Court to take notice of the above filing of the amended schedule "B", "C" and "D".

CERTIFICATE OF SERVICE: I hereby certify that the foregoing motion has been filed with the Clerk of the court using the CM/ECF system that will electronically notify parties in interest and to Chapter 7, Trustee Wigberto Lugo Mender; US Trustee Office. Non CM/ECF participants that are interested parties will be notified by regular US Postal Service.

In Cayey, Puerto Rico this 20th day of October of 2011.

/s/Miriam A. Murphy Lightbourn
**MIRIAM A. MURPHY LIGHTBOURN**
**USDC 202814**
**PO BOX 372519**
**CAYEY, PUERTO RICO 00737**
**TEL.: (787)263-2377; (787)738-0404**
**FAX: (787)738-4667**